UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MDOF WELLS, LLC,

    Plaintiff,

v.

TOTAL PROPERTY SOLUTIONS, INC., and HUNTER ROBERT MILEY,

    Defendants.

No. C 22-3631 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

    The undersigned has reviewed the report and recommendations of Magistrate Judge Thomas S. Hixson and agrees that plaintiff's motion for default judgment should be **GRANTED**. No objection was received in response to the report. This order **ADOPTS IN FULL** the report and recommendations of Judge Hixson. For the reasons stated therein, default judgment shall be entered for plaintiff in the amount of $165,371.31. Also pursuant to the report, this district court declares that:

    i.    The Collateral includes all amounts owed to MDOF on account of the Collateral;

    ii.    TPS's account debtors, or other persons obligated on the Collateral, must make payment or otherwise render performance only to MDOF;

    iii.    MDOF may enforce the obligations of TPS's account debtors, or other persons obligated on the Collateral, and exercise TPS's rights with respect to the obligations of TPS's account debtors, or other persons obligated on the Collateral, to make payment or otherwise render performance;

      iv.    MDOF may enforce the obligations of TPS's account debtors, or other persons obligated on the Collateral, and exercise TPS's rights with respect to any property that secures the obligations of TPS's account debtors or other persons obligated on the Collateral; and

      v.    TPS is obligated to assemble the Collateral and make it available to MDOF at a place to be designated by the MDOF that is reasonably convenient to the parties.

**IT IS SO ORDERED.**

Dated: January 24, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE